UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60162-CIV-DIMITROULEAS

GARY BRECKA,

    Plaintiff,

vs.

THE INDIVIDUALS, ENTITIES, AND
UNINCORPORATED
ASSOCIATIONS,
ET AL,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT; ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR A DETERMINATION OF DAMAGES AND OTHER RELIEF

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment (the "Motion") [DE 20], filed herein on March 14, 2024. The Court has carefully considered the Motion [DE 20] and is otherwise fully advised in the premises.

On January 29, 2024, Plaintiff filed this action against the Defendants, alleging that Defendants are misappropriating and using Plaintiff's name, image, likeness and/or persona without authorization to create marketplace confusion, and to falsely suggest that Plaintiff is affiliated with Defendants and endorses Defendants' products. *See generally*, [DE 1]. Defendants were served on February 1, 2024. *See* [DE's 12, 13]. On January 30, 2024, Plaintiff filed his Application for Entry of Temporary Restraining Order and Preliminary Injunction. *See* [DE 5]. The Court entered a temporary restraining order on February 2, 2024 and a preliminary injunction order on February 16, 2024. *See* [DE's 7, 15]. As of the date of this Order, the Defendants have not responded to the Verified Complaint. On March 1, 2024, the Clerk issued

an entry of default as to the Defendants. *See* [DE 18]. Thereafter, on March 14, 2024, Plaintiff filed the instant Motion [DE 20] seeking a default judgment against Defendants.

On March 18, 2024, the Court issued an Order to Show Cause, requiring Defendants to show cause on or before March 28, 2024 why the Court should not grant Plaintiff's Motion for Final Default Judgment. *See* [DE 21]. Defendants failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Final Default Judgment [DE 20] is **GRANTED**.

2. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby **REFERRED** to United States Magistrate Judge Patrick M. Hunt for a hearing, if necessary, and for determination of damages and other relief.

3. The Court defers entry of a final judgment against Defendants pursuant to Fed. R. Civ. P. 58(a) until the adjudication of the issues set forth in paragraph 2, *supra*.

4. The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Wellness Today
30963 San Benito Street

Hayward, CA 94544

Grounding Well
30963 San Benito Street
Hayward, CA 94544