UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60162-CIV-DIMITROULEAS

GARY BRECKA,

  Plaintiff,

vs.

THE INDIVIDUALS, ENTITIES, AND
UNINCORPORATED
ASSOCIATIONS,
ET AL,

  Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

  THIS CAUSE is before the Court on Plaintiff's Motion for Final Default Judgment (the "Motion") [DE 20] and the January 23, 2025 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 30] (the "Report").  The Court notes that no objection to the Report were filed and the deadline to do so has passed. Accordingly, the Magistrate Judge's findings in the Report [DE 30] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Report [DE 30] is hereby **ADOPTED** and **APPROVED**.

2.  Plaintiff's Motion for Final Default Judgment [DE 20] is hereby **GRANTED** to the extent that the previously-issued preliminary injunction [DE 17] shall be made permanent. Plaintiff shall also be awarded $225,000 in actual damages, as well as

$225,000 in punitive damages, for a total damages award of $450,000. The

Motion shall otherwise be **DENIED**.

3.      Pursuant to Fed. R. Civ. P. 58(a), she Court shall enter a separate final judgment.

4.      The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the

address listed below.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 7th day of February, 2025.


WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Wellness Today
30963 San Benito Street
Hayward, CA 94544

Grounding Well
30963 San Benito Street
Hayward, CA 94544